# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-cr-00220-VAB |
| Harpreet Wasan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harpreet Wasan                                                                                                                                        .

Date:   01/31/2022

/s/ Marc A. Weinstein
*Attorney's signature*

Marc A. Weinstein
*Printed name and bar number*

HUGHES HUBBARD & REED LLP
One Battery Park Plaza,
New York, New York 10004

*Address*

marc.weinstein@hugheshubbard.com
*E-mail address*

(212) 837-6460
*Telephone number*

(212) 299-6460
*FAX number*