UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-cr-00220-VAB |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, et al. | : | MAY 13, 2022 |

**MOTION TO MODIFY SCHEDULING ORDER (UNOPPOSED)**

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus respectfully request modification of the scheduling order to accelerate the schedule for substantive motion practice. In support of this motion, counsel for defendants represent as follows:

1. The parties agreed upon a proposed scheduling order that was approved and entered by the Court on February 9, 2022. [ECF No. 120].

2. Defendants respectfully request that the deadlines associated with defendants' substantive motions be advanced by 70 days from the current deadline of September 7, 2022 to June 29, 2022.

3. The date for jury selection would remain the same.

4. Good cause exists for the granting of this motion, because counsel for defendants now expect to be in a position to file substantive motions by a substantially earlier date and prefer not to delay briefing and eventual adjudication of the substantive motions.

5. This is defendants' first request for modification the scheduling order.

6. Counsel for defendants have corresponded with government counsel (David Huang and Carrie Syme) and understand that the government has no objection to this

request. However, the government reserves the right to seek additional time depending on the scope and volume of the defendants' substantive motions and related briefing.

WHEREFORE, defendants respectfully request modification of the scheduling order to accelerate the schedule for substantive motion practice as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Defendants' Substantive Motions | September 7, 2022 | June 29, 2022 |
| Government's Response | October 19, 2022 | August 10, 2022 |
| Defendants' Reply | November 9, 2022 | August 31, 2022 |
| Oral Argument and Scheduling Conference | December 1, 2022 | September 22, 2022 |
| Jury Selection | March 27, 2023 | Unchanged |

Respectfully submitted,

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Paul McConnell*
PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

GUY PETRILLO (ct19924)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

*Counsel for Robert Harvey*

*/s/ Craig A. Raabe*
CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

*Counsel for Harpreet Wasan*

*/s/ Patrick A. Klingman*
PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

RICHARD F. ALBERT (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

*Counsel for Steven Houghtaling*

*/s/ James M. Moriarty*
JAMES M. MORIARTY (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
T: (203) 368-4234
F: (203) 368-5485
Email: jmoriarty@zeislaw.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein &
Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

*/s/ Audrey A. Felsen*
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

*Counsel for Gary Prus*

4

## **CERTIFICATION OF SERVICE**

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: */s/ Brian E. Spears*
Brian E. Spears