# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                        ] | Case No. 3:21-cr-220 |
| ] | |
| MAHESH PATEL,             ] | |
| ROBERT HARVEY,            ] | |
| HARPREET WASAN,           ] | |
| STEVEN HOUGHTALING,       ] | |
| TOM EDWARDS, and          ] | |
| GARY PRUS                 ] | |

## CERTIFICATE OF GOOD STANDING FOR CRAIG GILLEN

The undersigned counsel, CRAIG GILLEN, of the law firm of Gillen Withers & Lake LLC, hereby submits the following Certificate of Good Standing from the United States of America District Court for the Northern District of Georgia per this Court's ORDER Granting Motion to Appear Pro Hac Vice issued June 3, 2022 (ECF-162)

I certify that I am admitted to practice in this Court.

*Attorney for Tom Edwards*

/s/ Craig Gillen
Craig Gillen (phv20646)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA   30339
Telephone:   404-842-9700
Fax:   404-842-9750
Email:   cgillen@gwllawfirm.com



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
                                                  } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CRAIG A. GILLEN, State Bar No. 294838,** was duly admitted to practice in said Court on 11/01/1978 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 11th day of May, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | Case No. 3:21-cr-220 |
| ] | |
| MAHESH PATEL, ] | |
| ROBERT HARVEY, ] | |
| HARPREET WASAN, ] | |
| STEVEN HOUGHTALING, ] | |
| TOM EDWARDS, and ] | |
| GARY PRUS ] | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2022, the forgoing Notice of Filing Certificate of Good Standing was electronically filed with the United States District Court, District of Connecticut. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Craig Gillen
Craig Gillen