UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                  NO. 3:21CR220 (VAB)

MAHESH PATEL, ET AL.          July 6, 2022

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure of this District (applicable in criminal cases by L. Cr. R. 1(c)), I respectfully file this motion to withdraw my appearance in the captioned case. Assistant United States Attorney David Tien-Wei Huang, along with other Government counsel, has an appearance in the case for the Government.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT03192
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3742
peter.Jongbloed@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY