AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-CR-00220 (VAB) |
| MAHESH PATEL ET AL ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Staffing Association "ASA" .

Date:  07/07/2022

/s/ Shawn R. Fox
*Attorney's signature*

Shawn R. Fox (420710)
*Printed name and bar number*
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
*Address*

sfox@mcguirewoods.com
*E-mail address*

(212) 548 2165
*Telephone number*

(212) 548 2150
*FAX number*