AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-CR-00220 (VAB) |
| MAHESH PATEL ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Criminal Defense Lawyers "NACDL"                              .

Date:   07/07/2022

/s/ James D. Arden
*Attorney's signature*

James D. Arden (ct12496)
*Printed name and bar number*

706 Esplanade
Pelham, NY 10803

*Address*

jimarden@gmail.com
*E-mail address*

(917) 842-7948
*Telephone number*

*FAX number*