UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21-CR-220 (VAB) |
| v. | |
| MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS, | |
| | August 24, 2022 |
| *Defendants*. | |

**DEFENDANTS' JOINT MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES**

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus hereby respectfully seek leave to file a joint reply memorandum of law that exceeds the ten-page limit by up to twenty (20) pages. The government has advised that it agrees to a five-page extension of the ten-page limit but objects to any reply above fifteen (15) pages. In support of this Motion, Defendants represent the following:

1. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, incorporated by reference by Rule 1(c) of the Local Rules of Criminal Procedure, Defendants' joint reply memorandum of law in further support of Defendants' Joint Motion to Dismiss the Indictment ("Joint Reply Brief") "may not exceed 10 pages." L.Civ. R. 7(d); L.Cr. R. 1(c).

2. On June 29, 2022, Defendants filed a Joint Motion to Dismiss the Indictment, and one accompanying memorandum of law totaling forty-six (46) pages, on behalf of all six defendants charged in this case.[1]  (ECF Nos. 174 and 174-1).

3. The government's Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Indictment, filed on August 10, 2022 (ECF No. 216), totals fifty (50) pages and asserts numerous legal arguments relating to Defendants' joint motion.

4. Defendants will endeavor to limit their Joint Reply Brief to the fewest pages practicable.  To address adequately on behalf of all six Defendants the issues raised in the government's lengthy opposition brief, however, Defendants respectfully submit that it may be necessary for their Joint Reply Brief to exceed the ten-page limit by up to twenty (20) pages.

5. Counsel for Defendants have conferred with the government concerning the above proposal and the government advised that it agrees to a five-page extension of the ten-page limit but objects to any reply above fifteen (15) pages.

WHEREFORE, Defendants respectfully seek leave to file a reply memorandum of law that exceeds the ten-page limit set forth in L.Civ. R. 7(d) by up to twenty (20) pages.

---

[1] The Court granted Defendants' joint motion for leave to file a memorandum of law of no more than fifty (50) pages on June 23, 2022.  (ECF No. 170).

Respectfully submitted,

*/s/ Guy Petrillo*

GUY PETRILLO (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Craig A. Raabe*
CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

*Counsel for Harpreet Wasan*

*/s/ Patrick A. Klingman*
PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

RICHARD F. ALBERT (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

*Counsel for Steven Houghtaling*

*/s/ James M. Moriarty*
JAMES M. MORIARTY (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
T: (203) 368-4234
F: (203) 368-5485
Email: jmoriarty@zeislaw.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

4


*/s/ Audrey A. Felsen*
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

*Counsel for Gary Prus*

## CERTIFICATION OF SERVICE

This is to certify that, on August 24, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: */s/ Guy Petrillo*
Guy Petrillo