UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. |
| | : | 3:21-CR-220 (VAB) |
| v. | : | |
| | : | |
| MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS, | : | |
| | : | |
| | : | January 23, 2023 |
| *Defendants*. | : | |

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (IN PART) TO SUBMIT EXPERT DISCLOSURE

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus (collectively, "Defendants") respectfully request a one-week extension of time, in part, to submit their expert disclosures. In support of this motion, the undersigned represent as follows:

1. On December 1, 2022, this Court entered a Scheduling Order setting a deadline of January 26, 2023 for the parties to submit their expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C). (ECF No. 255.) The trial of this matter is scheduled to commence following jury selection on March 27, 2023.

2. Consistent with the Court's December 1, 2022 Order, Defendants have been working diligently to investigate potential bases for expert testimony in support of their anticipated defense, and, on January 26, 2023, intend to submit to the government an expert disclosure concerning one or more expert witnesses whom Defendants may call at trial.

3. However due to the high volume of discovery and complexities in this case,

1

Defendants require a short extension of time to complete their investigation, evaluation, and, if warranted, disclosure as to one additional expert witness and good cause accordingly exists for a partial extension of the disclosure deadline.  Defendants request a brief, one-week extension—until February 2, 2023—to disclose to the government any additional expert witness for the defense and related summary of expert testimony.

4.      This is Defendants' first request for an extension of time as to their deadline for expert disclosures.

5.      Defendants have conferred with counsel for the government and understand that the government does not oppose the motion, provided that: (1) the one-week extension also applies to any pretrial motion, such as a *Daubert* motion, that the government may file relating to this particular expert witness (meaning the applicable deadline is March 2, 2023 rather than February 23, 2023); and (2) Defendants provide any *portion* of the disclosure of the expert in question on January 26 to the extent it is ready, even if that is simply his or her name, while recognizing that it is possible that no portion of the disclosure may be ready by January 26.

6.      WHEREFORE, Defendants respectfully request a one-week extension of time to comply, as to one potential expert witness, with their deadline to disclose expert witnesses pursuant to Fed. R. Crim.  P. 16(a)(1)(G) and 16(b)(1)(C).

Respectfully submitted,

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
IVAN LADD-SMITH (ct30982)
LESLIE A. CAHILL (ct31242)
Spears Manning  & Martini  LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Guy Petrillo*
GUY PETRILLO (pro hac vice)
CAELYN STEPHENS (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

*/s/ Marc A. Weinstein*
MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

*/s/ Richard F. Albert*
RICHARD F. ALBERT (pro hac vice)
ANDREW DENNIS DILLON (pro hac vice)
JORJA KNAUER (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue

New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

*/s/ Craig A. Gillen*
CRAIG A. GILLEN (pro hac vice)
ANTHONY CHARLES LAKE (pro hac vice)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA 30339
T: (404) 842-9700
F: (404) 842-9750
Email: aclake@gwllawfirm.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

*/s/ Audrey A. Felsen*
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

KENNETH ROSENTHAL (ct05944)
Law Office of Kenneth Rosenthal

4

>One Audubon Street, 3d Fl.
>New Haven, CT 06511
>T:(203) 915-4235
>F: (203) 306-3286
>Email: krosenthal@gs-lawfirm.com

*Counsel for Gary Prus*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.   Parties may access this filing through the Court's CM/ECF system.

>   */s/ Brian E. Spears*
>   BRIAN E. SPEARS (ct14240)