UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. |
| | : | 3:21-CR-220 (VAB) |
| v. | : | |
| | : | |
| MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS, | : : : : | |
| | : | February 3, 2023 |
| *Defendants*. | : | |
| | : | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION FOR RULE 15 DEPOSITION (UNOPPOSED)**

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus (collectively, "Defendants") respectfully request an extension of three (3) business days—until Wednesday, February 8, 2023, to submit their joint response to the Government's Motion for Rule 15 Deposition. In support of this motion, the undersigned represent as follows:

1. On January 24, 2023, the government filed a motion requesting an Order that an individual identified as "Witness 1" be deposed in advance of trial at the U.S. Attorney's Office in West Palm Beach, Florida. (*See* ECF No. 266.) The government represented that due to Witness 1's medical condition, he or she would likely not be available to testify at trial.

2. On January 25, 2023, this Court entered an Order directing Defendants to file their response to the government's motion by February 3, 2023.[1] (ECF No. 268.)

---

[1] The Court also directed Defendants to file any response to the Government's motion to continue sealing as to Mr. Patel (ECF No. 258) by the same date. Defendants do not believe there is

1

3. On January 30, 2023, counsel for the Defendants conferred with counsel for the government to discuss the government's anticipated format for the requested Rule 15 deposition. During the call, counsel for Defendants requested additional information from government counsel regarding Witness 1's medical condition and ability to travel, in order to better enable Defendants to evaluate their position with respect to the government's request.

4. On the afternoon of February 2, 2023, counsel for the government responded via email to Defendants' request for additional information.

5. As of this afternoon, counsel for Defendants are still conferring with one another and with their clients as to their position with respect to the requested Rule 15 deposition. Defendants accordingly seek a brief extension of time so that they may further evaluate the government's request and offer the Court a more comprehensive response.

6. This is Defendants' first request for an extension of this deadline. Defendants have conferred with counsel for the government and understand that the government does not oppose the requested extension. Defendants are also agreeable to a commensurate extension should the government need to file a reply brief.

7. Defendants were not able to file this request for an extension more than three days before the deadline sought to be extended pursuant to Local Rule 7(b)(3) because Defendants were awaiting receipt of additional information from the government, which they did not receive until yesterday afternoon.

8. WHEREFORE, Defendants respectfully request a three-day extension of time—until February 8, 2023, to respond to the government's motion for Rule 15 deposition.

---

a need for continued sealing of the affidavit in support of the government's criminal complaint, but otherwise take no position with respect to the government's motion.

2

Respectfully submitted,

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
IVAN LADD-SMITH (ct30982)
LESLIE A. CAHILL (ct31242)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Guy Petrillo*
GUY PETRILLO (pro hac vice)
CAELYN STEPHENS (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

*/s/ Marc A. Weinstein*
MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

*/s/ Richard F. Albert*
RICHARD F. ALBERT (pro hac vice)
ANDREW DENNIS DILLON (pro hac vice)
JORJA KNAUER (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

*/s/ Craig A. Gillen*
CRAIG A. GILLEN (pro hac vice)
ANTHONY CHARLES LAKE (pro hac vice)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA 30339
T: (404) 842-9700
F: (404) 842-9750
Email: aclake@gwllawfirm.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104

4

T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

<u>*/s/ Audrey A. Felsen*</u>
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

KENNETH ROSENTHAL (ct05944)
Law Office of Kenneth Rosenthal
One Audubon Street, 3d Fl.
New Haven, CT 06511
T:(203) 915-4235
F: (203) 306-3286
Email: krosenthal@gs-lawfirm.com

*Counsel for Gary Prus*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.   Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
