**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 2/15/2023
Case #: 3:21-cr-220 VAB
Dft #: 1-6

**UNITED STATES OF AMERICA**

Vs.

Patel et al

Honorable Judge: Victor A. Bolden
Deputy Clerk: Tatihana Murphy
AUSA: David Huang, Katheryn Kushner, Carrie Syme
Counsel for Defendant: Anthony Lake, Guy Petrillo, Leonid Sandler, Richard Albert, Andrew Dillon, Jorja Knauer, Ivan Ladd, Brian Spears, Audrye Felson, Kenneth Rosenthal, Craig Raabe, Marc Weinstein
☑ Retained  ☐ CJA  ☐ FPD

Start Time: 10:06AM   End Time: 10:26AM
Recess (if more than ½ hr) _____ to _____
USPO: _____
Reporter/ECRO/FTR: Sharon Montini
Interpreter: _____ Language: _____

Total Time ___ hours 20 minutes
Hearing held ☐ in person ☐ by video ☑ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ___ | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☐ Arraignment ___ |
| ☐ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☑ Status Conference Telephonic ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender   Date _____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue
☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty ☐ guilty ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed ☐ under seal ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____  ☐ reduced to $_____ ;  ☐Non-surety  ☐Surety  ☐Personal recognizance
☐ Bond  ☐revoked  ☐reinstated  ☐continued  ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☑ Motion for Jury Questionnaire #271_____ filed by☐ USA ☑defendant, ☐granted  ☐denied  ☑advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____