UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff*,<br><br>　　v.<br><br>MAHESH PATEL, et al.,<br>　　*Defendants*. | No. 3:21-cr-220 (VAB) |

## ORDER TO SEAL

Based on the Government's motion and for good cause shown, it is hereby **ORDERED** that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the unredacted affidavit in support of the criminal complaint and arrest warrant dated December 6, 2021, is SEALED until September 1, 2023 unless otherwise ordered by the Court. For the reasons stated in the Government's motion to continue sealing, the Court finds that the sealing of these documents is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Even if a higher standard applied here, the requested sealing of these documents is essential to preserve compelling interests and narrowly tailored to serve those interests.

**SO ORDERED** at Bridgeport, Connecticut, this 15th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Victor A. Bolden
　　　　　　　　　　　　　　　　　　　　　　　　Victor A. Bolden
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1