UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, | : | February 28, 2023 |
| ROBERT HARVEY, | : | |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

## MOTION TO EXTEND *DAUBERT* MOTION DEADLINE

The United States of America hereby moves to extend the Court's deadline to file any motion *in limine* to limit or exclude the testimony of defense expert Dennis Carlton ("*Daubert* motion"), which is currently set for March 2, 2023, to Thursday, March 9, 2023, and any opposition to that motion to Thursday, March 16, 2023. Defendants consent to the granting of this motion. This is the Government's first request for an extension of any motion *in limine* date.

Defendants began producing additional data and documents underlying Carlton's proposed expert opinions on Thursday, February 23, 2023, but it is not clear whether that production is yet complete. Extension of the requested deadline would therefore allow the Government time to upload/download these documents—a process that continued over this past weekend but is still ongoing, due to the significant volume (apparently over 100,000 documents) and format of the productions by Defendants—and make at least some use of those materials in its *Daubert* motion. The Government notes that its Motion to Compel (Dkt. #278, filed February 17, 2023) remains pending and has not been rendered moot, given that Defendants have not confirmed that they have produced that which they agreed to produce on February 15, 2023. The

Government reserves its right to continue to seek relief under that Motion to Compel, and/or seek exclusion of some or all of Carlton's proposed expert testimony because of the lateness and incompleteness of the Carlton disclosures.

WHEREFORE, the Government respectfully requests that the Court extend the deadline for the filing of any *Daubert* motion directed toward the expert opinions of Dennis Carlton to March 9, 2023 and any opposition to March 16, 2023.

Respectfully submitted,

*/s/ Carrie A. Syme*
CARRIE A. SYME
T. JAKOB SEBROW
TRIAL ATTORNEYS
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
Tel.: (646) 714-1906

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
United States Attorney's Office,
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2023, a copy of the foregoing MOTION TO CONTINUE DAUBERT MOTION DEADLINE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Carrie A. Syme*
                                      Carrie A. Syme
                                      Trial Attorney
                                      U.S. Department of Justice, Antitrust Division