UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
| | : | |
| v. | : | |
| | : | March 20, 2023 |
| MAHESH PATEL, | : | |
| ROBERT HARVEY, | : | |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

## APPLICATION

Vanessa Roberts Avery, United States Attorney for the District of Connecticut, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD to testify at a trial of the above captioned matter, within the District of Connecticut. In support of this Application, the Government respectfully alleges as follows:

1. KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD have each been subpoenaed and called as a witness in the trial of the above captioned matter;

2. It is likely that KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD will each assert his Fifth Amendment right against self-incrimination and refuse to testify or provide other information;

3.	In the judgment of the United States Attorney for the District of Connecticut, the testimony or other information from KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD may be necessary to the public interest; and

4.	This Application has been made with approval of Doha G. Mekki, Principal Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(b).  A copy of the letter from the Principal Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney for the District of Connecticut requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD to give testimony relating to all matters about which they may be examined in the trial of the above captioned mater.

The Government further requests the Court order that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against KEVIN GESNER, MATTHEW LAVOIE, JAMES MACAULEY, BENJAMIN MERCADO, DAVID SUTERA, and MATTHEW WESTERGARD in any criminal case, except in a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

Respectfully submitted,

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


*/s/ David T. Huang*
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2023, a copy of the foregoing APPLICATION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ David T. Huang*
      DAVID T. HUANG
      ASSISTANT UNITED STATES ATTORNEY